UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:19CR 00564 BSM |
| | ) | |
| v. | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 843(b) |
| MONTERRIO FULLER, aka MONEY, | ) | 18 U.S.C. § 924(c)(1)(A) |
| RODNEY EARLS, aka DIZ, aka ANT, | ) | |
| TEVEN NOLEN-LOVING, aka T, | ) | |
| TERRELL FORDSON, | ) | |
| COURTNEY RHODES, aka SCRAP, | ) | |
| JOHN CLARK, | ) | |
| CAMERON COLEMAN, | ) | |
| CHYNNA EWING, and | ) | |
| SHERRY STANSBERRY | ) | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 02 2019
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.    From in or about February 2018, through in or about August 2019, in the Eastern District of Arkansas and elsewhere, the defendants,

MONTERRIO FULLER, aka MONEY,
RODNEY EARLS, aka DIZ, aka ANT,
TEVEN NOLEN-LOVING, aka T,
TERRELL FORDSON,
COURTNEY RHODES, aka SCRAP,
JOHN CLARK,
CAMERON COLEMAN,
CHYNNA EWING, and
SHERRY STANSBERRY,

voluntarily and intentionally conspired with each other, and with others known and unknown to the grand jury, to knowingly and intentionally distribute and possess with intent to distribute less than 40 grams of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; less than 100 grams of a mixture or substance containing heroin, a

1

Schedule I controlled substance; less than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; and less than 50 kilograms of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

B.    With respect to MONTERRIO FULLER, RODNEY EARLS, TEVEN NOLEN-LOVING, TERRELL FORDSON, COURTNEY RHODES, JOHN CLARK, CAMERON COLEMAN, CHYNNA EWING, and SHERRY STANSBERRY, the amount of controlled substances involved in the conspiracy attributable to the defendant as a result of the defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the defendant, is less than 40 grams of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

C.    With respect to MONTERRIO FULLER, RODNEY EARLS, TEVEN NOLEN-LOVING, TERRELL FORDSON, COURTNEY RHODES, JOHN CLARK, CAMERON COLEMAN, CHYNNA EWING, and SHERRY STANSBERRY, the amount of controlled substances involved in the conspiracy attributable to the defendant as a result of the defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the defendant, is less than 100 grams of a mixture or substance containing heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

D.    With respect to MONTERRIO FULLER and RODNEY EARLS, the amount of controlled substances involved in the conspiracy attributable to the defendant as a result of the defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the defendant, is less than 500 grams of a mixture and substance containing a detectable amount of

cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

E.   With respect to MONTERRIO FULLER, RODNEY EARLS, TEVEN NOLEN-LOVING, TERRELL FORDSON, COURTNEY RHODES, and CHYNNA EWING, the amount of controlled substances involved in the conspiracy attributable to the defendant as a result of the defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the defendant, is less than 50 kilograms of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(D).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about February 12, 2018, in the Eastern District of Arkansas, the defendant,

MONTERRIO FULLER,

knowingly and intentionally possessed with the intent to distribute less than 40 grams of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; less than 100 grams of a mixture or substance containing heroin, a Schedule I controlled substance; and less than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

On or about April 2, 2018, in the Eastern District of Arkansas, the defendant,

TEVEN NOLEN-LOVING,

knowingly and intentionally distributed less than 40 grams of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4

On or about April 11, 2018, in the Eastern District of Arkansas, the defendant,

TEVEN NOLEN-LOVING,

knowingly and intentionally distributed less than 100 grams of a mixture or substance containing heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 5

On or about August 13, 2018, in the Eastern District of Arkansas, the defendant,

MONTERRIO FULLER,

knowingly and intentionally distributed less than 40 grams of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 6

On or about August 15, 2018, in the Eastern District of Arkansas, the defendant,

RODNEY EARLS,

knowingly and intentionally distributed less than 40 grams of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 7

On or about August 16, 2018, in the Eastern District of Arkansas, the defendants,

MONTERRIO FULLER, and
RODNEY EARLS,

aiding and abetting each other, knowingly and intentionally distributed less than 40 grams of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 8

On or about September 26, 2018, in the Eastern District of Arkansas, the defendant,

RODNEY EARLS,

knowingly and intentionally distributed less than 40 grams of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 9

On or about October 9, 2018, in the Eastern District of Arkansas, the defendant,

TEVEN NOLEN-LOVING,

knowingly and intentionally possessed with intent to distribute less than 40 grams of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 10

On or about October 9, 2018, in the Eastern District of Arkansas, the defendant,

TEVEN NOLEN-LOVING,

knowingly and intentionally possessed a firearm, that is: a Glock pistol, 45 caliber, bearing serial number XVG922, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment, and a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 9 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 11

On or about December 21, 2018, in the Eastern District of Arkansas, the defendant,

TERRELL FORDSON,

knowingly and intentionally possessed with intent to distribute less than 40 grams of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 12

On or about December 28, 2018, in the Eastern District of Arkansas, the defendant,

MONTERRIO FULLER,

knowingly and intentionally possessed one or more of the following firearms:

1. a Glock .380 pistol, bearing serial number ABSF216;

2. an Anderson manufacturing .223 rifle, bearing serial number 15915060;

3. a North American Arms .22 caliber revolver, bearing serial number W47976;

4. a Beretta .22 caliber pistol, bearing serial number BES71D41U; and

5. a North American Arms .22 caliber revolver, bearing serial number L065720;

in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 13

On or about August 8, 2019, in the Eastern District of Arkansas, the defendant,

TEVEN NOLEN-LOVING,

knowingly and intentionally possessed with intent to distribute less than 40 grams of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 14

On or about January 29, 2019, in the Eastern District of Arkansas, the defendant,

COURTNEY RHODES,

knowingly and intentionally distributed less than 40 grams of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and less than 100 grams of a mixture or substance containing heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 15

On or about January 29, 2019, in the Eastern District of Arkansas, the defendant,

COURTNEY RHODES,

knowingly and intentionally possessed with intent to distribute less than 40 grams of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and less than 100 grams of a mixture or substance containing heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 16

On or about December 21, 2018, in Session 1789 (TP3), in the Eastern District of Arkansas, the defendant,

TERRELL FORDSON,

knowingly and intentionally used a communication facility, that is, a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 17

On or about December 18, 2018, in Session 1474 (TP3), in the Eastern District of Arkansas, the defendant,

COURTNEY RHODES,

knowingly and intentionally used a communication facility, that is, a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 18

On or about September 5, 2018, in Session 681 (TP2), in the Eastern District of Arkansas, the defendant,

## JOHN CLARK,

knowingly and intentionally used a communication facility, that is, a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 19

On or about September 6, 2018, in Session 961 (TP2), in the Eastern District of Arkansas, the defendant,

## CAMERON COLEMAN,

knowingly and intentionally used a communication facility, that is, a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 20

On or about September 30, 2018, in Session 9471 (TP2), in the Eastern District of Arkansas, the defendant,

CHYNNA EWING,

knowingly and intentionally used a communication facility, that is, a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 21

On or about September 6, 2018, in Session 851 (TP2)), in the Eastern District of Arkansas, the defendant,

SHERRY STANSBERRY,

knowingly and intentionally used a communication facility, that is, a telephone, in committing, causing and facilitating a conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Section 843(b).

## **FORFEITURE ALLEGATION 1**

Upon conviction of Count 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and/or 21 of this Indictment, the defendants,

>MONTERRIO FULLER, aka MONEY,
>RODNEY EARLS, aka DIZ, aka ANT,
>TEVEN NOLEN-LOVING, aka T,
>TERRELL FORDSON,
>COURTNEY RHODES, aka SCRAP,
>JOHN CLARK,
>CAMERON COLEMAN,
>CHYNNA EWING, and
>SHERRY STANSBERRY,

shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## **FORFEITURE ALLEGATION 2**

Upon conviction of Count 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and/or 21 of this Indictment, the defendants,

>MONTERRIO FULLER, aka MONEY,
>RODNEY EARLS, aka DIZ, aka ANT,
>TEVEN NOLEN-LOVING, aka T,
>TERRELL FORDSON,
>COURTNEY RHODES, aka SCRAP,
>JOHN CLARK,
>CAMERON COLEMAN,
>CHYNNA EWING, and
>SHERRY STANSBERRY,

shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of Count 1, 2, 5, 7, and/or 12 of this Indictment, the defendant, MONTERRIO FULLER, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following:

1. an Anderson manufacturing .223 rifle, bearing serial number 15915060;
2. a North American Arms .22 caliber revolver, bearing serial number W47976;
3. a Beretta .22 caliber pistol, bearing serial number BES71D41U; and
4. a North American Arms .22 caliber revolver, bearing serial number L065720.

## FORFEITURE ALLEGATION 4

Upon conviction of Count 1, 3, 4, 9, 10, and/or 13 of this Indictment, the defendant, TEVEN NOLEN-LOVING, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following: a Glock pistol, 45 caliber, serial number XVG922 with extended 30 round magazine.