**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                              Case No. 4:19-cr-00564-BSM-9

SHERRY STANSBERRY                                                                       DEFENDANT

### ORDER OF DETENTION

Defendant appeared with counsel on this date on the Government's Motion to Revoke (DE #118) and Second Motion to Revoke (DE #123). The Court finds Defendant has violated the terms and conditions of her release. Defendant is facing serious charges, and she was terminated from the chemical-free living program at Recovery Centers of Arkansas (RCA). Since that time, she has continued to test positive for a variety of illegal drugs, one of the most recent resulting in an overdose that required medical intervention. It is clear Defendant has a drug problem, and the Court has given her the opportunity to seek treatment. Nonetheless, she has not been successful, and the Court has grave concerns for Defendant's safety and the safety of the community. Therefore, Defendant's bond is revoked, and she is ordered detained. Defendant may request the Court to reconsider release after sixty (60) days.

While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

SO ORDERED THIS 8th day of January, 2020.

                                                                             _____
                                                                             UNITED STATES MAGISTRATE JUDGE