**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                              Case No. 4:19-cr-00564-BSM-9

SHERRY STANSBERRY                                                   DEFENDANT

## ORDER DENYING MOTION TO RECONSIDER RELEASE ON CONDITIONS

Pending before the Court is Defendant's Motion to Reconsider Release Conditions (DE #151).  Defendant requests that she be released and ordered to participate in the UAMS Psychiatric Research Institute's Center for Addiction Services and Treatment intensive outpatient buprenorphine program.  The motion is denied.

The Court finds the proposed plan unacceptable.  Defendant did poorly without supervision and structure, and the proposed outpatient treatment plan does not bode well based on Defendant's history.  Therefore, the Court denies the motion at this time.

SO ORDERED THIS 11th day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE